UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA SUE DOWTON,<br><br>            Plaintiff<br><br>    v.<br><br>YEANDY C. ACEVEDO,<br><br>            Defendant | CIVIL ACTION NO. 3:16-CV-659<br><br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 17th day of January, 2018, Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge